**No. 53284.**—Julius Wile Sons & Co., Inc. *v.* United States, protest 129993–K (Philadelphia).

Opinion by EKWALL, J. In accordance with stipulation that the merchandise consists of liqueur veritas similar in all material respects to that the subject of *United States* v. *Julius Wile Sons & Co., Inc.* (36 C. C. P. A. 99, C. A. D. 404), the claim of the plaintiff was sustained.